**Francisco CHAVEZ MORENO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–71550.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.[*]

Filed Jan. 6, 2010.

*See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Francisco Chavez Moreno, Costa Mesa, CA, pro se.

David V. Bernal, Assistant Director, Kurt B. Larson, Esquire, Liza Murcia, Oil, Stacy Stiffel Paddack, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Francisco Chavez Moreno, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

■ Chavez Moreno fails to raise, and therefore waives, any challenge to the BIA's April 11, 2007 order denying his motion to reopen. *See Martinez–Serrano*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. INS,* 94 F.3d 1256, 1259–60 (9th Cir. 1996).

■ To the extent that Chavez Moreno challenges the BIA's June 30, 2006, order denying his underlying application for cancellation of removal, that order is not properly before us because the petition is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Membreno v. Gonzales,* 425 F.3d 1227, 1229 (9th Cir.2005).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).